IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 3:07cr00027 |
|---|---|
| v. | ORDER |
| JUSTIN MARCEL HARRIS | JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(3), for proposed findings of fact and a recommended disposition. The Magistrate filed his report on January 7, 2008, recommending that this Court accept Defendant's plea of guilty to Counts One and Two of the indictment and adjudge him guilty of those offenses. The report also directed that a presentence report be prepared.

After a careful review of the record, and no objection having been filed to Judge Crigler's report within ten (10) days of its service upon the parties, this Court ADOPTS the report in its entirety, ACCEPTS the Defendant's plea of guilty to Counts One and Two of the indictment, and ADJUDGES him guilty of those offenses.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: *Norman K. Moon*
United States District Judge

Date: January 23, 2008